USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

BERKLEY INSURANCE COMPANY,

                Plaintiff,

                                                          20-CV-3709 (ALC)

   -against-

                                                      **ORDER**

MATTHEW LANE,

                Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

     Defendant is hereby **ORDERED** to respond to Plaintiff's motion for a preliminary injunction, ECF Nos. 8–14, on or before **June 19, 2020**.

**SO ORDERED.**

**Dated:**       **June 12, 2020**
                **New York, New York**

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**