```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
   **BERKLEY INSURANCE COMPANY,**      :
                                        **Plaintiff,**    :   1:20-cv-03709 (ALC)
        **-against-**                            :   <u>**ORDER**</u>
   **MATTHEW LANE,**                     :
                                       **Defendant.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' proposed stipulated preliminary injunction order filed on January 5, 2021, which was signed by Scott T. Dillon who has not appeared as an attorney of record for Defendant. ECF No. 24.

      Accordingly, Scott T. Dillon is hereby ORDERED to file a notice of appearance before the Court so orders the stipulated preliminary injunction.

**SO ORDERED.**

**Dated: January 7, 2021**
        **New York, New York**                                   **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**