USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/02/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**BERKLEY INSURANCE COMPANY,**

                       **Plaintiff,**          1:20-cv-03709 (ALC)

       -against-                        **ORDER**

**MATTHEW LANE,**

                      **Defendant.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 11, 2021, the Court so ordered the Parties' proposed stipulated preliminary injunction order. ECF No. 27. Accordingly, the Parties are hereby ORDERED to submit a joint status report by no later than April 16, 2021, including on how they would like to proceed with the litigation.

**SO ORDERED.**

**Dated: April 2, 2021**
       **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**