# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BERKKLEY INSURANCE COMAPNY,

                Plaintiff,                      20 **CIVIL** 3709 (ALC)

    -against-                                 **JUDGMENT**

MATTHEW LANE,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Permanent Injunction dated April 21, 2021. Upon the stipulation of the parties, and based upon the findings of fact and conclusions of law set forth in the stipulated preliminary injunction entered by the Court on January 11, 2021 (Dkt. 27), it is hereby ORDERED that:

1. Lane is permanently enjoined from deleting, destroying or altering (unless otherwise instructed in writing by BIC: (i) any documents or information that had been housed on any BIC information system or located on BIC's property (whether in electronic or hard copy form); (ii) any BIC property, documents, or business information that Lane transferred to or maintained on any of his personal electronic devices or personal email or other devices he has used or controlled (collectively, (i) and (ii) are "BIC information") or (iii) any documents related to the conduct alleged in the Complaint in the above captioned action;

2. Lane is permanently enjoined from possessing, using, altering, copying, uploading, downloading, transmitting, or transferring any BIC information to any person or entity (other than transmission of such information to his or BIC's counsel);

3. Lane is ordered to permit BIC to take Lanes sworn deposition testimony regarding his actions and the matters relating to the Complaint in this action on a date to be agreed by the parties

4. The Court shall retain exclusive jurisdiction over the enforcement of this injunction or any dispute between the parties arising under this injunction.

5. Final Judgment is entered in favor of BIC in accordance with the terms of this permanent injunction; accordingly, this case is closed.

**Dated:** New York, New York
April 21, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *[signature: David J. Thomas]*
_____
**Deputy Clerk**